Date signed January 05, 2006



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

IN RE:                                  :
                                        :
ELAINE DIANE WARREN                     :   Case No. 05-41866PM
                                        :   Chapter 7
           Debtor                       :
- - - - - - - - - - - - - - - - - - - - :

### MEMORANDUM OF DECISION

This matter came before the court on the Debtor's Motion to dismiss this case under Chapter 7. Debtor states that she is "uncomfortable with my attorney." Inasmuch as no meeting of creditors has taken place with respect to this case, the court will withhold ruling on the Motion pending the conclusion of a rescheduled meeting of creditors.

cc:
Elaine D. Warren, 4311 Lori Street, Suitland, MD 20746
Edward V. Hanlon, Esq., 5510 Cherrywood Lane, Suite G, Greenbelt, MD 20770
Roger Schlossberg, Trustee, 134 West Washington St., P.O. Box 4227, Hagerstown, MD 21741

**End of Memorandum**